# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                   NO. 2023 KW 0556

VERSUS

LENARD ANDREW TURPIN                                 **JULY 31, 2023**

---

In Re:    Lenard Andrew Turpin, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 593,173.

---

**BEFORE:   HOLDRIDGE, CHUTZ, AND LANIER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include
the bill of information, the trial court's ruling, the criminal
court minutes, the May 9, 2023 hearing transcript (if any), and
any other portions of the district court record that might
support his claim that the delay to commence trial in this
matter has elapsed.  Supplementation of this writ application
and/or an application for rehearing will not be considered.  See
Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.
Any future filing on this issue should include the entire
contents of this application, the missing items noted above, and
a copy of this ruling.

                            **GH**
                            **WRC**
                            **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT